# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

**IN THE MATTER OF:**
**BUBBLR, INC.,**
**a Wyoming Coporation**

V.

**Case Number:** 1:26-CV-20

---

**PRAECIPE**

TO THE CLERK OF THIS SAID COURT:

Please issue a **Summons**

in the above-entitled cause for:

Bubblr, Inc.,
c/o Registered Agents, Inc.
30 N. Gould St, Ste. R
Sheridan, WY 82801

GHS Investments, LLC, Petitioner

Attorney for

1/16/26

Date