AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| IN THE MATTER OF BUBBLR, INC., a Wyoming Corporation,<br>GHS INVESTMENTS, LLC, a Nevada Limited Liability Company<br><br>*Plaintiff(s)*<br><br>v.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:26-CV-20 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BUBBLR, INC.
c/o Registered Agents, Inc.
30 N. Gould Street, Ste. R
Sheridan, WY 82801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sean M. Larson
Connor J. Cassidy
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 2:26-CV-20

**IN THE MATTER OF:**
**BUBBLR, INC., a Wyoming Corporation,**

**GHS INVESTMENTS, LLC, a Nevada Limited Liability Company, Petitioner**

For:
Hathaway & Kunz, P.C.
PO Box 1208
Cheyenne, WY 82003

Received by Front Range Legal Process Service, Inc. to be served on **BUBBLR, INC. - C/O REGISTERED AGENTS, INC., 30 N. GOULD STREET, STE R, SHERIDAN, WY 82801.**

I, Dustin Looper, do hereby affirm that on the **19th day of February, 2026 at 11:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; FIRST AMENDED PETITION FOR APPOINTMENT OF CUSTODIAN OR RECEIVER FOR CORPORATION** with the date and hour of service endorsed thereon by me, to: **Holly Reynolds as Clerk for Registered Agents Inc.** for **BUBBLR, INC.**, at the address of: **30 N. GOULD STREET, STE R, SHERIDAN, WY 82801**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 20s, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Black, Glasses: .

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

*Dustin Looper*     2-26-2026
**Dustin Looper**
Process Server

**Front Range Legal Process Service, Inc.**
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2026000925

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e