**EthicalWeb.ai**



3:57 pm, 3/11/26

**Margaret Botkins
Clerk of Court**

**Subject**: Request for 7-Day Extension of Time to Respond – Case No. 2:26-cv-00020-ABJ

To Whom It May Concern,

I am writing to the Court with respect to:

**Case No. 2:26-cv-00020-ABJ, GHS Investments LLC vs Bubblr Inc.**

Following a telephone call with the Court, it was suggested that we email this address to explain our situation and request a short extension of time to respond to the summons and complaint.

We respectfully request an additional **seven (7) days** beyond our current deadline of **March 12, 2026**, to submit our response.

This is our first request for an extension, made in good faith to ensure we can respond properly and in full compliance with the Court's rules.

Following our conversation with the Court, we have contacted several law firms using information kindly provided by the Court.

As we are primarily located in the United Kingdom, the process of engaging U.S. counsel has taken some time despite our diligent efforts.

The firms we have contacted have requested approximately **four (4) days** to review the complaint and advise us before filing an appropriate response on our behalf.

The purpose of this requested extension is solely to enable us to obtain counsel and to ensure that our response is accurate and compliant with the applicable rules.

We understand that the Clerk's Office cannot provide legal advice or grant substantive relief, but if there is a specific procedure, local rule, or form that we should follow or file immediately in order to properly request this short extension of time, we would be grateful if you could direct us to it.

We absolutely reject all claims made against us in this matter and intend to defend the case fully.

If permissible, we would also like to know whether we may file our response to the complaint together with, or contemporaneously with, a formal written motion or request for an extension while we finalize the engagement of counsel.

Thank you for your time and any guidance you are able to provide regarding the appropriate procedural steps.


**Respectfully submitted**


Steve Morris

CEO and Founder, Bubblr Inc.

Tel: +44 (0) 78007 999 86

steve.morris@ethicalweb.ai

Ethical Web AI is the trading name for Bubblr Inc, which is registered in Wyoming, USA. Principal Office address 30 N. Gould Street, Ste R

Sheridan, WY 82801 email: contact@ethicalweb.ai. website: www.ethicalweb.ai