## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **IN THE MATTER OF:** ) | |
| **BUBBLR, INC.,** ) | |
| a Wyoming Corporation, ) | |
| ) | **Case No. 2:26-CV-20** |
| **GHS INVESTMENTS, LLC,** ) | |
| a Nevada Limited Liability Company, ) | |
| ) | |
| **Petitioner.** ) | |

## ORDER GRANTING MOTION FOR APPOINTMENT OF CUSTODIAN
## OR, IN THE ALTERNATIVE, RECEIVER

THIS MATTER is before the Court on Petitioner's Motion for Appointment of a Custodian or, in the Alternative, Receiver for Bubblr, Inc., and being fully advised in the premises, FINDS and ORDERS that appointment of a custodian for Bubblr, Inc. is necessary to manage the business and affairs of the corporation moving forward.

**IT IS HEREBY ORDERED** that Robert Stevens is hereby appointed as custodian for Bubblr, Inc. to manage the business and affairs of the corporation, allowing him to exercise all of the powers of the corporation, through or in place of its board of directors pursuant to Wyoming and federal law.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
UNITED STATES JUDGE