Sean M. Larson, Wyo. Bar #7-5112
Connor J. Cassidy, Wyo. Bar #8-7270
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
slarson@hkwyolaw.com
ccassidy@hkwyolaw.com

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF:<br>BUBBLR, INC.,<br>a Wyoming Corporation,<br><br>    GHS INVESTMENTS, LLC,<br>    a Nevada Limited Liability Company,<br><br>        Petitioner. | )<br>)<br>)<br>)<br>)    Case No. 2:26-CV-20<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENTRY OF ORDER GRANTING APPOINTMENT OF
CUSTODIAN OR, IN THE ALTERNATIVE, RECEIVER FOR BUBBLR, INC.**

Petitioner GHS Investments, LLC, by and through its counsel Hathaway & Kunz, LLP, respectfully moves this Court for entry of an order granting its Motion for Appointment of Custodian or, in the Alternative, Receiver for Bubblr, Inc. [ECF No. 13], filed April 3, 2026. As grounds therefor, Petitioner states as follows:

1. On April 3, 2026, Petitioner filed its Motion for Appointment of Custodian or, in the Alternative, Receiver for Bubblr, Inc. [ECF No. 13], with the supporting Affidavit of Sarfraz Hajee.

2. Pursuant to U.S.D.C.L.R. 7.1(b)(2)(A), a party opposing a motion must file a response within **14 days** after service of the motion. ECF No. 13 was filed and served on April 3, 2026. The deadline for Bubblr's opposition was **April 17, 2026**.

3.  As of the date of this Motion, **May 4, 2026**, no opposition or response has been filed by Bubblr, Inc. on the CM/ECF docket for Wyoming USDC.

4.  Pursuant to U.S.D.C.L.R. 7.1(b)(2)(A), failure to file a timely response may be deemed a confession of the motion.

5.  The relief requested for the appointment of Robert Stevens as custodian or receiver for Bubblr, Inc. is warranted. Given Bubblr's failure to oppose and the merits demonstrated in the motion, it should be granted. Clearly, a corporation which cannot respond to such a petition timely in Court is in serious disrepair, needing appointment of a custodian.

Petitioner respectfully requests that this Court enter an order granting its Motion for Appointment of Custodian or, in the Alternative, Receiver for Bubblr, Inc. [ECF No. 13] and appointing Robert Stevens as custodian or receiver for Bubblr, Inc., given Bubblr's failure to timely oppose.

DATED this 4th day of May, 2026.

GHS INVESTMENTS, LLC, PETITIONER

By:     /s/ Sean Larson
        Sean M. Larson, Wyo. Bar #7-5112
        Connor J. Cassidy, Wyo. Bar #8-7270
        HATHAWAY & KUNZ, LLP
        P. O. Box 1208
        Cheyenne, WY  82003-1208
        (307) 634-7723
        (307) 634-0985 (fax)
        slarson@hkwyolaw.com
        ccassidy@hkwyolaw.com

ATTORNEYS FOR PETITIONER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th of May, 2026, a true and correct copy of the foregoing was served as follows:

Steve Morris                                      [ X ]  U.S. Mail
c/o Registered Agents, Inc.                       [    ]  CM/ECF
30 N. Gould Street, Ste. R                        [    ]  Fax:
Sheridan, WY 82801                                [ X ]  E-mail: steve.morris@ethicalweb.ai


 /s/ *Melissa Underhill*
HATHAWAY & KUNZ, LLP