IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF:<br>BUBBLR, INC.,<br>a Wyoming Corporation,<br><br>    GHS INVESTMENTS, LLC,<br>    a Nevada Limited Liability Company,<br><br>        Petitioner. | )<br>)<br>)<br>)<br>)   Case No. 2:26-CV-20<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR APPOINTMENT OF CUSTODIAN OR, IN THE ALTERNATIVE, RECEIVER FOR BUBBLR, INC.**

THIS MATTER having come before the Court on Petitioner GHS Investments, LLC's Motion for Appointment of Custodian or, in the Alternative, Receiver for Bubblr, Inc. [ECF No. 13], filed April 3, 2026, and the Court having considered the motion, the supporting Affidavit of Sarfraz Hajee, and all exhibits attached thereto, and that no opposition or response was filed by the applicable deadline of April 17, 2026, and the Court being fully advised in the premises:

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Petitioner's Motion for Appointment of Receiver [ECF No. 13] is hereby **GRANTED** based on the merits and as deemed confessed by Bubblr, Inc., given its lack of response to the motion.

2. Robert Stevens is hereby appointed as Receiver for Bubblr, Inc., a Wyoming corporation, effective immediately upon entry of this Order.

3. The Receiver is granted all powers allowed under Wyoming law, including the full powers of the corporation's board of directors, to the extent necessary to manage the business and

affairs of Bubblr, Inc., freeze any fraudulent activity, and preserve corporate assets pending further order of this Court.

SO ORDERED this _____ day of _____, 2026.

_____
United States District Judge
District of Wyoming