Sean M. Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
slarson@hkwyolaw.com

ATTORNEYS FOR PETITIONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF: ) <br> BUBBLR, INC., ) <br> a Wyoming Corporation, ) <br> ) <br> GHS INVESTMENTS, LLC, ) <br> a Nevada Limited Liability Company, ) <br> ) <br> Petitioner. ) | Case No. 2:26-CV-20 |

**NOTICE OF WITHDRAWAL AS COUNSEL- CONNOR CASSIDY**

Pursuant to U.S.D.C.L.R. 84.3(c) Sean Larson, attorney for GHS Investments, LLC ("Petitioner")  notifies this Court of Connor J. Cassidy's withdrawal as counsel for Petitioner as Mr. Cassidy's last day with Hathaway & Kunz, LLP was June 15, 2026. Counsel Sean Larson advises the Court that he is fully prepared to continue his representation of Petitioner in this matter.

DATED this 16th day of June, 2026.

GHS INVESTMENTS, LLC, PETITIONER

By:    /s/ Sean Larson
       Sean M. Larson, Wyo. Bar #7-5112
       HATHAWAY & KUNZ, LLP
       P. O. Box 1208
       Cheyenne, WY  82003-1208
       (307) 634-7723
       (307) 634-0985 (fax)
       slarson@hkwyolaw.com

       ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of June 2026, a true and correct copy of the foregoing was served upon counsel as follows:

Steve Morris                        [   ] CM/ECF
c/o Registered Agents, Inc.         [ ✓] U.S. Mail
30 N. Gould Street, Ste. R          [   ] Fax:
Sheridan, WY 82801                  [ ✓] E-mail:
                                    steve.morris@ethicalweb.ai


                                    /s/ Melissa Underhill
                                    Hathaway & Kunz, LLP