IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

IN THE MATTER OF:                              )
BUBBLR, INC.,                                  )
a Wyoming Corporation,                         )
                                               )     Case No. 2:26-CV-20
    GHS INVESTMENTS, LLC,                      )
    a Nevada Limited Liability Company,        )
                                               )
            Petitioner.                        )

## ORDER ALLOWING WITHDRAWAL OF REPRESENTATION FOR PETITIONER GHS INVESTMENTS, LLC- CONNOR CASSIDY

THIS MATTER comes before the Court on Attorney Sean Larson's *Notice to Withdraw from Representation of Petitioner- Connor Cassidy,* seeking leave to withdraw as counsel of record of Connor Cassidy for Petitioner. Having reviewed the Notice and being otherwise fully advised in the premises, the Court finds that the Notice is well taken and should be GRANTED.

**IT IS HEREBY ORDERED** that Connor Cassidy of Hathaway & Kunz, LLP is withdrawn as attorney for Petitioner GHS Investments, LLC, effective immediately.

DATED this _____ day of _____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

## <u>CLERK'S CERTIFICATE OF SERVICE</u>

This is to certify that on the _____ day of _____ 2026, a true and correct copy of the foregoing was served upon counsel as follows:

Sean Larson
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003

[   ] U.S. Mail
[   ] Fax
[   ] Court Box
[   ] E-mail
[   ] Electronic Service

Steve Morris
c/o Registered Agents, Inc.
30 N. Gould St. Ste. R
Sheridan, WY 82801

[   ] U.S. Mail
[   ] Fax
[   ] Court Box
[   ] E-mail
[   ] Electronic Service

_____