Sean M. Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
slarson@hkwyolaw.com

ATTORNEYS FOR PETITIONER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF:<br>BUBBLR, INC.,<br>a Wyoming Corporation,<br><br>      GHS INVESTMENTS, LLC,<br>      a Nevada Limited Liability Company,<br><br>             Petitioner. | )<br>)<br>)<br>)<br>)   Case No. 2:26-CV-20<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENT TO MOTION FOR APPOINTMENT OF
A CUSTODIAN OR, IN THE ALTERNATIVE, RECEIVER FOR BUBBLR, INC.**

Petitioner GHS Investments, LLC ("GHS"), by and through undersigned counsel, HATHAWAY & KUNZ, LLP, submits this Supplement to Motion for Appointment of a Custodian or, in the Alternative, Receiver for Bubblr, Inc. ("Bubblr" or "Company") to provide updated information about the actions and inactions concerning the Company which relates to its prior filed Motion for Appointment of a Custodian/Receiver on April 3, 2026 [ECF No. 13] ("Motion") as follows:

1.  Since our Motion on April 3, 2026, there has been a total dollar trading volume of $230,098.34 and a stock price drop of 62.6% to present.

2.  Dating back to September of 2025 (the last time the Company honored their agreements with GHS), the Company's stock price is down 96.297% to present.

3.   There have been no public filings made by the Company since our Motion on April 3, 2026.

4.   The pattern of activity with stock trading and issuance, and corresponding corporate value dilution, has continued based on the information available to GHS.

5.   The Company has still not obtained legal counsel to represent it in this matter.

6.   GHS's understanding is that the Company's accountant has resigned.

7.   GHS provides this supplement to update the Court with more recent facts since its Motion.

8.   GHS is submitting a request for hearing on its Motion shortly hereafter.

WHEREFORE, GHS requests that its proposed order be granted, the Court appoints Robert Stevens as custodian, or in the alternative as receiver, of Bubblr, Inc., allowing him to exercise all of the powers of the corporation, through or in place of its board of directors, to the extent necessary to manage the business and affairs of the corporation pursuant to Wyoming and federal law, and for such other relief as the Court may deem just and proper.

DATED this 30th day of July, 2026.

GHS INVESTMENTS, LLC, PETITIONER

By:    */s/ Sean Larson*
Sean M. Larson, Wyo. Bar #7-5112
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
slarson@hkwyolaw.com

ATTORNEYS FOR PETITIONER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2026, a true and correct copy of the foregoing

was served as follows:

Steve Morris                          [ X ]  U.S. Mail
c/o Registered Agents, Inc.           [    ]  CM/ECF
30 N. Gould Street, Ste. R            [    ]  Fax:
Sheridan, WY 82801                    [ X ]  E-mail: steve.morris@ethicalweb.ai


 /s/ *Melissa Underhill*
HATHAWAY & KUNZ, LLP