FILED

9:54 am, 8/18/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF:<br>BUBBLR, INC., a Wyoming Corporation,<br><br>GHS INVESTMENTS, LLC, a Nevada Limited Liability Company<br><br>Petitioner, | Case No. 26-cv-20-ABJ |

**ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER FOR BUBBLR, INC.**

This matter is before the Court Petitioner GHS Investments, LLC's Motions for Appointment of Custodian or, in the Alternative, Receiver for Bubblr, Inc. (ECF Nos. 13). The Court has reviewed the motion and attached affidavits, the declaration of Steve Morris, and Petitioner's supplement, and is fully informed in the premise.

The Court finds that Petitioner's motion is appropriate based on the merits of the petition that have been deemed confessed by Bubblr, Inc. In May, Steve Morris, Founder and Chief Executive Officer of Bubblr requested an extension of time to obtain counsel before the Court considered the motion. (ECF No. 15). Yet, more than 30 days have elapsed and Bubblr still has not retained counsel or otherwise provide information to negate the merits of Petitioner's request.

Additionally, as set out by Petitioner in its recent supplement, the value of the company and its assets continue to diminish, and the company's accountant has recently

resigned. For these reasons the Court finds that it appropriate to GRANT Petitioner's motions.

**IT IS ORDERED** that Petitioner's Motion for Appointment of Receiver (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Robert Stevens is hereby appointed as Receiver for Bubblr, Inc., a Wyoming corporation, effective immediately upon entry of this Order.

**IT IS FURTHER ORDERED** that the Receiver is granted all powers allowed under Wyoming law, including the full powers of the corporation's board of directors, to the extent necessary to manage the business and affairs of Bubblr, Inc., freeze any fraudulent activity, and preserve corporate assets pending further order of this Court.

**IT IS FINALLY ORDERED** that Petitioner's second motion to appoint receiver (ECF No. 14), Steve Morris's request for extension of time, and Petitioner's request for a hearing (ECF No. 19) are deemed **MOOT**.

Dated this 18th day of August, 2026.

Alan B. Johnson
United States District Judge