IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF:<br><br>BUBBLR, INC,. a Wyoming Corporation,<br><br>v.<br><br>GHS INVESTMENTS, LLC, a Nevada Limited Liability Company<br><br>Petitioner,<br><br>ROBERT STEVENS<br><br>Receiver, | Case No. 26-cv-20-ABJ |

**CERTIFCATE OF SERVICE**

Robert Stevens as Receiver by and through the undersigned counsel, hereby submits this *Certificate of Service* serving Bubblr, Inc,. the *Entry of Appearance on Behalf of Receiver* via U.S. Mail using the following address:

Via U.S. Mail
Steve Morris
c/o Registered agents, Inc.
30 N. Gould Street, Ste. R.
Sheridan, WY 82801

Via E-Mail:
David H. Wise, Esq.
wiselaw@verizon.net

Respectfully submitted this 25th day of August, 2026

ROBINSON WATERS & O'DORISIO, P.C.

*/s/ Harold R. Bruno*__________________
Harold R. Bruno III #14945
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
hbruno@rwolaw.com
*Counsel for Receiver*

*As to Service – /s/ Jared M. Hamrick*_______
Legal Assistant