FILED

8:28 am, 9/8/26

Margaret Botkins
Clerk of Court

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| IN THE MATTER OF:<br>BUBBLR, INC.,<br>A Wyoming Corporation<br><br>GHS INVESTMENTS, LLC<br>A Nevada Limited Liability Company<br><br>Petitioner. | ) | Case Number: 26-CV-20-ABJ |

**ORDER GRANTING ADMISSION PRO HAC VICE OF TRACY L. ASHMORE**

**THIS MATTER** having come before the Court upon the motion of counsel by Receiver Robert Stevens, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Tracy L. Ashmore as Pro Hac Vice counsel in the District of Wyoming. The Court has reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Tracy L. Ashmore is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

IT IS FURTHER ORDERED that within three (3) business days, shall obtain E-filing access via PACER and file a Notice of Attorney Appearance (Pro Hac Vice).

**DATED** this 8th day of September, 2026.

Scott P. Klosterman

SCOTT P. KLOSTERMAN
CHIEF UNITED STATES MAGISTRATE JUDGE